**Electronically Filed**
**Supreme Court**
**SCWC-13-0000424**
**14-JAN-2014**
**07:50 AM**

SCWC-13-0000424

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF THE TAX APPEAL OF BOBBY R. NARMORE,
Petitioner/Appellant-Appellant,

vs.

DIRECTOR OF TAXATION, STATE OF HAWAIʻI,
Respondent/Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000424; CASE NO. 02-0065)

ORDER REJECTING PETITION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The petition for writ of certiorari, filed on December

9, 2013, is hereby rejected.

DATED: Honolulu, Hawaiʻi, January 14, 2014.

Bobby R. Narmore,
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

